UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MELANCON                                          CIVIL ACTION

VERSUS                                            NO: 12-1067

L&M BOTRUC RENTAL, INC.                           SECTION: "J"(4)

## ORDER

Before the Court is Defendant L&M Bo-Truc Rental, Inc.'s **Motion to Appoint Independent Medical Expert (Rec. Doc. 11)**, and Plaintiff Michael Melancon's opposition to same **(Rec. Doc. 12)**. Defendant's motion set for hearing on August 1, 2012, is before the Court on the briefs without oral argument. Having reviewed the motion and memoranda of counsel, the record, and the applicable law, the Court finds that Defendant's motion should be **DENIED**.

While the Court recognizes that it is within its discretionary power to appoint an independent expert, "the mere fact that the parties' retained experts have expressed divergent opinions does not necessarily warrant" such an appointment. Mallard Bay Drilling, Inc. v. Bessard, 145 F.R.D. 405, 406 (W.D. La. 1993). In particular, the Court notes that the Defendant references no less than five experts already included in this case. The addition of a

sixth Court appointed expert would likely only create more divergence and inhibit the proper functioning of the adversary system. See Georgia-Pacific Corp. v. United States, 640 F.2d 328, 334 (Ct. Cl. 1980). Accordingly,

**IT IS ORDERED** that Defendant's motion is **DENIED.**

New Orleans, Louisiana, this 2nd day of August, 2012.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE